|  | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: Jason A. Bylow | Telephone: (313) 394-2509 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Edgar HERNANDEZ NAJERA

Case No.

Case: 2:25-mj-30210
Assigned To : Unassigned
Assign. Date : 4/4/2025
Description: CMP USA V.
HERNANDEZ-NAJERA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2, 2025__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 2, 2025, in the Eastern District of Michigan, Southern Division, Edgar HERNANDEZ NAJERA, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about March 18, 2010, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Jason A. Bylow, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 4, 2025__

*Judge's signature*

City and state: __Detroit, MI__

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jason Bylow, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS). I have been employed in this capacity since October of 2020. I am assigned to the Alternatives to Detention (ATD) Targeting Team in the ICE ERO Detroit Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Edgar HERNANDEZ-NAJERA, an alien who has previously been removed from the United States on or about March 18, 2010 at Harlingen, Texas, and was thereafter found in the United States on or about April 2, 2025, without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to Edgar HERNANDEZ-NAJERA.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

5. HERNANDEZ-NAJERA is a thirty-eight-year-old male, native and citizen of Guatemala who last entered the United States at or near an unknown place, on or about an unknown date without being inspected and admitted or paroled by an immigration officer.

6. On or about March 3, 2010, U.S. Border Patrol encountered HERNANDEZ-NAJERA at or near Hidalgo, Texas. During the encounter, HERNANDEZ-NAJERA admitted that he was a citizen and national of Guatemala without

1

proper immigration documents to allow him to enter or remain in the United States legally, and that he was not inspected by an immigration officer at a designated port-of-entry.

7. HERNANDEZ-NAJERA was processed for Expedited Removal and served with an I-860, Notice and Order of Expedited Removal.

8. On or about March 18, 2010, HERNANDEZ-NAJERA was removed from the United States to Guatemala via an ICE charter flight via Harlingen, Texas.

9. On March 16, 2025, the Washtenaw County Sheriff's Department arrested HERNANDEZ-NAJERA at Ypsilanti, Michigan and charged him with Assault and Battery, in violation of Ypsilanti Township Ordinance 99-218. The assault involved a co-worker, who lived with HERNANDEZ-NAJERA. According to the report, HERNANDEZ-NAJERA, who was intoxicated (.159 BAL), punched his co-worker during a dispute about the payment of rent. The disposition of this charge is still pending.

10. On April 2, 2025, the ICE-ERO Detroit Targeting Team arrested HERNANDEZ-NAJERA at the Washtenaw County 14B District Court following his arraignment on the assault and battery charge from his arrest by the Washtenaw County Sheriff's Department on March 16, 2025. HERNANDEZ-NAJERA was arrested without incident outside of the courthouse.

11. A review of immigration records (AXXX XXX 563) for HERNANDEZ-NAJERA and queries in the U.S. Department of Homeland Security databases revealed that no record exists of HERNANDEZ-NAJERA obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Guatemala on March 18, 2010.

12. Based on the above information, I submit there is probable cause to conclude that, on or about April 2, 2025, within the Eastern District of Michigan, Edgar HERNANDEZ-NAJERA is an alien who, after having been removed

from the United States on or about March 18, 2010 at Harlingen, Texas, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

_____
Jason Bylow, Deportation Officer
Enforcement and Removal Operations
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated: _____April 4, 2025_____